**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| QASIM SHABAZZ (aka CARL THOMAS), GEORGE WILLIAMS, and NADIA METOYER (aka NADIA SIMONE) | ) ) ) | **CASE NO. 8:25-cv-699** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **PARTIAL** **MOTION TO DISMISS** |
| THE CITY OF OMAHA, a Municipal Corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |

COME NOW all named Defendants save Matthew Flores and, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), respectfully move this Court to dismiss Counts VIII, IX, and X of Plaintiffs' Complaint for the reason that this Court lacks jurisdiction over certain claims due to sovereign immunity and Plaintiffs have failed to state claims upon which relief may be granted on other claims. The responding Defendants also assert that the official capacity claims against the individually named officers should be dismissed, as these official capacity claims are redundant to the claims against the City of Omaha. Defendants have submitted a contemporaneous brief in support of this Partial Motion to Dismiss.

WHEREFORE, Defendants pray that this Court enter an Order dismissing Counts VIII, IX, and X of the Plaintiffs' Complaint, and the official capacity claims against the individually named officers, with prejudice.

Respectfully submitted this 27th day of March, 2026.

CITY OF OMAHA, et al., Defendants.

By: /s/ Timothy K. Dolan
        Timothy K. Dolan, No. 20978
        Assistant City Attorney
        Ryan J. Wiesen, No. 24810
        Deputy City Attorney
        Jonah A. Clark, No. 27558
        Assistant City Attorney
        1819 Farnam Street, Suite 804
        Omaha, NE 68183
        (402) 444-5115
        tim.dolan@cityofomaha.org
        ryan.wiesen@cityofomaha.org
        jonah.clark@cityofomaha.org
        Attorneys for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of March, 2026, the foregoing **MOTION TO DISMISS** was served on all parties registered with the CM/ECF system, which will send electronic notice of the foregoing to those registered with the Court, including: Hakeem Muhammad, Muhammed Law Center, 10846 South Halsted, Chicago, IL 60628 and Ezinne Adibe Ranger, Ezinne Law, PLLC, 437 Turnpike St. #8772, Canton, MA  02021.

s/ Timothy K. Dolan

- 2 -