# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

QASIM SHABAZZ (aka CARL THOMAS)
GEORGE WILLIAMS
NADIA METOYER (aka NADIA SIMONE)


Plaintiffs,

v.

CITY OF OMAHA, a municipal corporation

OFC. MASON GREGURICH,
in his individual and official capacities

OFC. JAMES VALENCIA-SOETHOUT,
in his individual and official capacities

OFC. ANDREW RATHMAN,
in his individual and official capacities

OFC. WILLIAM KLUG,
in his individual and official capacities

OFC. TREVOR LAPOINT,
in his individual and official capacities

OFC. COURTNEY COLLINS,
in her individual and official capacities

OFC. GILBERTO RIVEROS-ECHAGUE,
in his individual and official capacities

OFC. YULIYA CANTERBURY,
in her individual and official capacities

OFC. MICHAEL ROSIERE,
in his individual and official capacities

OFC. MATTHEW FLORES,
in his individual and official capacities

OFC. LUIS REYNOSO-GONAZALEZ,
in his individual and official capacities

Case No. 8:25-cv-00699-JFB-MDN

Judge Michael D. Nelson

SGT. BENJAMINE HOFFMAN,
in his individual and official capacities

LT. SEAN SHERIDAN,
in his individual and official capacities

LT. WILLIAM DAWSON JR.,
in his individual and official capacities

TODD SCHMADERER, in his official
capacity as Chief of Police

Defendants.

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO SERVE
DEFENDANT OFFICER MATTHEW FLORES WITH SUMMONS AND COMPLAINT**

1. NOW COME the Plaintiffs Qasim Shabazz, George Williams, and Nadia Metoyer, by and through their undersigned counsel, and respectfully move this Honorable Court to grant an extension of time to effect service upon Defendant Officer Matthew Flores pursuant to Federal Rule of Civil Procedure 4(m). In support, Plaintiffs state as follows:

### I. BACKGROUND

2. On February 4, 2026, this Court granted Plaintiffs' motion for an initial extension of time to serve Defendant Matthew Flores, extending the service deadline to April 8, 2026. See ECF No. 11.

3. This motion is unopposed. On April 6, 2026, Plaintiffs conferred with the City of Omaha, and they do not oppose this motion.

### II. GOOD CAUSE EXISTS FOR A FURTHER EXTENSION

4. Under Federal Rule of Civil Procedure 4(m), a court must extend the time for service upon a showing of good cause. Good cause exists here for several independent reasons.

5. First, Defendant Flores's active military service creates a significant practical impediment to personal service.

6. Second, Plaintiffs have pursued service diligently. Waivers of service were obtained

2

from all other named defendants as of January 27, 2026. See ECF No. 9. The sole remaining unserved defendant is Officer Flores, whose location Plaintiffs are actively working to confirm.

7.      Third, no prejudice will result to any party from a further extension. Defendant Flores has not yet appeared in this action. The remaining defendants are already represented and participating in the litigation. Granting this extension will not delay the progress of the case with respect to any party who has been served.

8.      Fourth, dismissal without prejudice at this stage would be inequitable. Given that Defendant Flores is a named individual officer whose alleged conduct forms part of the basis for Plaintiffs' claims, dismissal would reward circumstances entirely beyond Plaintiffs' control while potentially foreclosing significant claims arising from his involvement.

## III.  RELIEF REQUESTED

For the foregoing reasons, Plaintiffs respectfully request that this Court enter an Order granting a second extension of time within which to serve Defendant Officer Matthew Flores, up to and including sixty (60) days from the date of this Court's Order, or such other date as the Court deems appropriate, to allow Plaintiffs to identify and confirm Defendant Flores's current military assignment address and complete service in accordance with Federal Rule of Civil Procedure 4.

Dated: April 7, 2026

Respectfully submitted,

/s/ Hakeem Muhammad
Hakeem Muhammad
Muhammad Law Center
10846 South Halsted
Chicago, IL 60628

/s/ Ezinné Adibe Ranger
Ezinné Adibe Ranger
Ezinne Law PLLC
3 Allied Drive
Suite 303 – # 16925353
Dedham, MA 02026

***Attorneys for Plaintiffs***

3

## CERTIFICATE OF CONFERENCE

Pursuant to applicable local rules, I certify that on April 6, 2026, I conferred with counsel for the City of Omaha regarding the relief requested herein, and the motion is unopposed.

/s/ Hakeem Muhammad

4

## CERTIFICATE OF SERVICE

I certify that on April 7, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record. A copy will also be served with any subsequently issued summons on Officer Matthew Flores.

/s/ Hakeem Muhammad

5