**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| QASIM SHABAZZ, GEORGE WILLIAMS, and NADIA METOYER,<br><br>        **Plaintiffs,**<br><br>        vs.<br><br>CITY OF OMAHA, a municipal corporation; et al.;<br><br>        **Defendants.** | **8:25CV699**<br><br><br>**CASE PROGRESSION ORDER** |

**IT IS ORDERED** the case progression order is as follows:

1)    The deadline for moving to amend pleadings or add parties is **August 21, 2026**.

2)    A status conference to discuss case progression, qualified immunity and the parties' interest in settlement will be held with the undersigned magistrate judge on **August 26, 2026,** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3)    The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **December 18, 2026**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **January 4, 2027**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4)    The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff: | **January 19, 2027** |
| For the defendants: | **February 16, 2027** |
| For rebuttal: | **March 2, 2027** |

5)    The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiffs: | **February 16, 2027** |
| For the defendants: | **March 18, 2027** |
| For rebuttal: | **April 1, 2027** |

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **April 1, 2027**.

7) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **May 3, 2027**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **twenty-four (24)**.

8) The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 5, 2027**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

9) The deadline for filing motions to dismiss and motions for summary judgment is **May 31, 2027**.

10) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

11) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 24th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge