**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| QASIM SHABAZZ, et al., | ) | **CASE NO: 8:25-cv-699** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF SERVING THE DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** |
| vs. | ) | |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant CITY OF OMAHA, and gives notice that on October 13, 2026, the Defendant did serve upon the Plaintiffs its Responses to Requests for Production of Documents via email, with copies sent, along with a thumb drive by U.S. mail, postage prepaid.

CITY OF OMAHA, Defendant.

By: s/ Timothy K. Dolan

TIMOTHY K. DOLAN, No. 20978
Assistant City Attorney
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, NE 68183
Telephone (402) 444-5115
Fax (402) 444-5125
Email tim.dolan@cityofomaha.org
Attorney for the Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of October, 2026, I electronically filed the foregoing **NOTICE OF SERVING THE DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record or parties in the above captioned action registered with the CM/ECF system.

s/ Timothy K. Dolan
Assistant City Attorney