**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| QASIM SHABAZZ, et al.<br>Plaintiffs,<br>v.<br>CITY OF OMAHA, et al.<br>Defendants. | Case No. 8:25-cv-00699-JFB-MDN<br>Judge Michael D. Nelson |

# NOTICE OF CHANGE OF NAME

PLEASE TAKE NOTICE that the undersigned counsel of record for Plaintiffs QASIM SHABAZZ, GEORGE WILLIAMS, and NADIA METOYER (aka NADIA SIMONE), hereby notifies the Court and all parties of record of a legal name change due to marriage. Counsel's name has changed from Ezinné Adibe Ranger to Ezinné Ukegbu.

Counsel's state bar number and contact information remain as follows (email address has been updated as below):

- **New Legal Name:** Ezinné Ukegbu
- **Former Name:** Ezinné Adibe Ranger
- **Bar Number:** No. 6067007

  Massachusetts Bar No. 708890

- **Law Firm:** Ezinne Law, PLLC
- **Address:** 3 Allied Drive, Suite 303-#16925353

- **City, State, ZIP:** Dedham, MA 02026
- **Telephone:** (855) 444-3529
- **Email:** ezinne@ezinnelaw.com

Counsel respectfully requests that the Clerk of the Court and all parties update their records and service lists accordingly for all future filings and notices in this matter.

Dated: November 11, 2026

Respectfully submitted,

/s/ Ezinné Ukegbu
Ezinné Ukegbu
Ezinne Law PLLC
3 Allied Drive
Suite 303 – # 16925353
Dedham, MA 02026

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on November 11, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Ezinné Ukegbu